No. 92–7774. ECHOLS *v.* THOMAS, WARDEN. C. A. 11th Cir. Certiorari before judgment denied.